Ayers, Daniel Blythe & Lisa H.                               10-10282

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 10-10282 EWM | AYERS, DANIEL BLYTHE |
| 92001215891866 | AYERS, LISE H |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS    108
TID #380380            60-249/433
WILBUR J. (BILL) BABIN, JR.    23 / 12027

Date  12/21/2010    $ **********16.69

~~~Sixteen Dollars and 69/100

Pay to the Order of  U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000108⑈ ⑆043302493⑆ 92001215891866⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228117      - KW
* * C O P Y * *
January 21, 2011
15:33:47

UNC.UNDER$25
10-10282
Debtor.: DANIEL BLYTHE AYERS
Trustee: Wilbur Babin, Jr.
Amount.:
Check#.: 108        $16.69 CH

Total -> $16.69

FROM: BABIN

1-21-11
Deposit to 106000
Various Claimants

CVogel

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

January 19, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA  70130-3386

        **In re:  AYERS, DANIEL BLYTHE**
               **AYERS, LISE H**
               **USBC-EDLA 10-10282 Sec. A**

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $16.69 representing dividends in an amount less than $5.00 due to the following creditors:

    AMERICAN INFOSOURCE LP AS AGENT FOR
    WORLD FIN NETWORK NATIONAL BANK AS
    STAGE
    PO BOX 248872
    OKLAHOMA CITY   OK   73124-8872
    Claim #1                                          $3.06

    AMERICAN INFOSOURCE LP AS AGENT FOR
    WORLD FIN NETWORK NATIONAL BANK AS
    VICTORIA'S SECRET
    P.O. BOX 248872
    OKLAHOMA CITY, OK  73124-8872
    Claim #2                                          $2.20

    AMERICAN EXPRESS CENTURION BANK
    C/O BECKET AND LEE LLP
    POB 3001
    MALVERN, PA 19355-0701
    Claim #8                                          $1.25

*Page 2 of 2*
*January 19, 2011*

      RECOVERY MGMT SYSTEMS CORP FOR
      GE MONEY BANK
      DBA AMERICAN EAGLE
      25 SE 2ND AVE STE 1120
      MIAMI, FL 33131
      Claim #9                               $4.31

      RECOVERY MGMT SYSTEMS CORP FOR
      GE MONEY BANK
      DBA BANANA REPUBLIC
      25 SE 2ND AVE STE 1120
      MIAMI, FL 33131
      Claim #10                             $2.69

      RECOVERY MGMT SYSTEMS CORP FOR
      GE MONEY BANK
      DBA BELK
      25 SE 2ND AVE STE 1120
      MIAMI, FL 33131
      Claim #11                             <u>$3.18</u>

**Total:**                                     $16.69

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                                      Very truly yours,

                                      */s/ Wilbur J. "Bill" Babin, Jr.*
                                      _____
                                      WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld

Enclosure